JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GWENDOLYN ANDERSON, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | 2:19-cv-02800-VAP-SPx |
| | ) | |
| v. | ) | **ORDER TO DISMISS WITH PREJUDICE** |
| | ) | |
| AUTOZONE, INC.; and DOES 1-50, | ) | |
| | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 13th day January 2021

_____
Honorable Virginia A. Phillips
Judge of the District Court